■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON REINOSO GUZMAN, Also Known as RAMIRO GUZMAN, Appellant. [604 NYS2d 765] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered October 9, 1992.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v

*Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.